**JAN DAVID KAROWSKY**
Attorney at Law
A Professional Corporation
California State Bar Number 53854
716 19th Street, Suite 100
Sacramento, CA 95814-0710
(916) 447-1134
(916) 448-0265 (Fax)

Attorney for Defendant
Linda Chaney

# UNITED STATES DISTRICT COURT

## IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Linda Chaney and Robert Robinson,<br><br>　　　　Defendants | Case No.: Cr.S-05-0034-LKK<br><br>**ORDER TO CONTINUE STATUS CONFERENCE**<br><br>DATE:　December 13, 2005<br>TIME:　9:30 a.m.<br>JUDGE:　Hon. Lawrence K. Karlton |

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that the Status Conference now set on December 13, 2005 shall be re-set to December 16, 2005 at 9:15 a.m.. It is further ordered that time shall be excluded from the Speedy Trial Act calculation from the date of December 13, 2005 to December 16, 2005, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and

- 1 -

1 Local Code T4 in order to accommodate the trial schedule of counsel for defendant Linda
2 Chaney.
3 **IT IS SO ORDERED.**

6 Dated: December 8, 2005         /s/ Lawrence K. Karlton
                                  HONORABLE LAWRENCE K. KARLTON
7                                 Senior Judge
                                  United States District Court