CHRISTOPHER HAYDN-MYER, Bar #176333
1418 20th Street, First Floor
Sacramento, California 95814
Telephone: (916) 622-1703
Fax: (916) 443-1572

Attorney for Defendant
ROBERT ROBINSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. S-05-034-LKK |
| Plaintiff, | ) STIPULATION; ORDER |
| v. | ) |
| ROBERT ROBINSON, | ) Hon.  Lawrence K. Karlton |
| Defendant. | ) |
| _____ | ) |

    Defendant, Robert Robinson, through Christopher Haydn-Myer, Attorney At Law, and the United States of America, through Assistant U.S. Attorney Anne Pings, agree as follows:

    It is agreed that the Judgment and Sentencing date of February 28, 2006 be vacated and a new Judgment and Sentencing date of April 4, 2006 be set.

    Mr. Robinson pled guilty before the Court on December 16, 2005. The continuance is being requested for two reasons.  First, counsel is attempting to have Mr. Robinson interviewed a second time by the United States Probation Department.  Second, counsel is gathering information

1  regarding Mr. Robinson's parole file and records from the California
2  Department of Corrections.  Counsel believes that the records will be
3  relevant for sentencing.
4      For all of these reasons, the parties jointly request a new
5  Judgment and Sentencing date on April 4, 2006.

7  Dated: January 24, 2006

8                                  Respectfully submitted,

9                                  /s/ Christopher Haydn-Myer
                                   _____
10                                 CHRISTOPHER HAYDN-MYER
                                   Attorney for Defendant
11                                 Robert Robinson

12
   DATED: January 24, 2006         /S/ Christopher Haydn-Myer for
13                                 Anne Pings
                                   Assistant U.S. Attorney
14

15                                 **ORDER**

16  FOR GOOD CAUSE SHOWN, IT IS SO ORDERED that the Judgment and Sentencing
17  date of February 28, 2006 be vacated and a new Judgment and Sentencing
18  date of April 4, 2006 be set.

20  DATED: January 26, 2006

21                                 /s/ Lawrence K. Karlton
                                   HON. LAWRENCE K. KARLTON
22                                 United States District Court Judge

28                                 2