UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable Lawrence K. Karlton
Senior United States District Judge
Sacramento, California

RE:

Docket Number:   2:05CR00034-04
<u>CONTINUANCE  OF  DISPOSITIONAL
HEARING</u>

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from June 1, 2011 to June 21, 2011 at 9:15 a.m.

**REASON FOR CONTINUANCE:**  Undersigned is in training all day on June 1, 2011.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

Respectfully submitted,

/s/ Glenn P. Simon

**Glenn P. Simon
Senior United States Probation Officer**

**REVIEWED BY:**     /s/ Lori L. Koehnen
        For        **Michael A. Sipe
                   Supervising United States Probation Officer**

Dated:        May 23, 2011
              Sacramento, California

**RE:**   **Robert ROBINSON**
     **Docket Number:   2:05CR00034-04**
     **CONTINUANCE OF DISPOSITIONAL HEARING**

cc:   Clerk, United States District Court
     United States Attorney's Office
     United States Marshal's Office
     Federal Defender (If defense counsel is court-appointed)
     Probation Office Calendar clerk

__X__ **Approved**                                                                    _5-24-2011_
                     **LAWRENCE K. KARLTON**
                     **Senior United States District Judge**          **Date**

____ **Disapproved**