DANIEL J. BRODERICK, #89424
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
ROBERT ROBINSON

FILED
JUN 21 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr.S 05-034 LKK |
| Plaintiff, | [PROPOSED] RELEASE ORDER |
| v. | Date: June 21, 2011<br>Time: 9:15 a.m. |
| ROBERT ROBINSON, | Judge: Hon. Lawrence K. Karlton |
| Defendant. | |

On June 21, 2011, this matter came before the Court for sentencing. Counsel for Mr. Robinson has consulted with counsel for the United States. Both Counsel agree that the Court should order the U.S. Marshals to release Mr. Robinson to Glen Paul Simon, United States Probation Officer, to be transported to The Effort Residential Treatment Program in Sacramento, California, on today's date.

Good cause appearing therefore,

**IT IS ORDERED** that Mr. Robinson be released by the U.S. Marshals and/or the Sacramento County Sheriff from federal custody on June 21, 2011 to Glen Paul Simon, United States Probation Officer.

Dated: 6/21/11

LAWRENCE K. KARLTON
Senior United States District Judge

[PROPOSED] RELEASE ORDER            1                                    05-034 LKK