1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12    UNITED STATES OF AMERICA,

13            Plaintiff,                         CR. S-05-0034 LKK

14        vs.                                    ORDER FOR RELEASE OF PERSON IN
                                                 CUSTODY
15    ROBERT ROBINSON,

16            Defendant.

17    _____/

18    TO:    UNITED STATES MARSHAL:

19        This is to authorize and direct you to release **ROBERT ROBISON** on **WEDNESDAY,**

20    **MARCH 14, 2012**, Case No. CR. S-05-0034 LKK, Charge 18 U.S.C. 3606, from custody for the

21    following reasons:

22        ___    Release on Personal Recognizance

23        ___    Bail Posted in the Sum of $ [ ]

24            ___    Unsecured Appearance Bond

25            ___    Appearance Bond with 10% Deposit

26

1     ___   Appearance Bond with Surety

2     ___   Corporate Surety Bail Bond

3     _X_   (Other) [The defendant is ordered to continue on Supervised Release as

4           previously ordered on September 28, 2010, with the following modification

5           of conditions: Defendant shall reside and participate in a Residential

6           Reentry Center (RRC), for a period of 180 days; said placement shall

7           commence as directed by the probation officer pursuant to 18 USC

8           3563(b)(11).  The offender shall be released from custody to the probation

9           officer on Wednesday, March 14, 2012.  The probation officer will

10          transport the offender to the RRC.  A Judgment and Commitment Order to

11          issue.]

12    Issued at Sacramento, CA  on March 6, 2012, at 9:25 a.m.

13

14    Dated:   March 6, 2012

15

16                                        _____
                                          LAWRENCE K. KARLTON
17                                        SENIOR JUDGE
                                          UNITED STATES DISTRICT JUDGE

18

19

20

21

22

23

24

25

26    ROBINSON, ROBERT Order release TSR violation.wpd          2